UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DEANA ARLETTE DRUMMOND | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 4:14-CV-00089-WEJ |
| | ) | |
| GENWORTH LIFE and  ANNUITY | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
|     Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff DEANA ARLETTE DRUMMOND and defendant

GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, by and through

their respective attorneys of record, and stipulate that the above-styled action shall

be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(ii).  Each party shall bear her/its own costs and expenses of litigation.

This 9th day of March, 2015.

*[**signatures on following page**]*

s/ *Mark M.J. Webb*
Mark M.J. Webb
Georgia Bar No. 744639
s/ *Kristy L. Treadaway*
Kristy L. Treadaway
Georgia Bar No. 187720

BRINSON, ASKEW, AND BERRY
Post Office Box 5007
Rome, Georgia 30162-5007
(706) 291-8853 (telephone)
(706) 234-3574 (facsimile)
mwebb@brinson-askew.com
ktreadaway@brinson-askew.com

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

WOMBLE, CARLYLE, SANDRIDGE
  & RICE LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
lisa.bondurant@wcsr.com
ncrow@wcsr.com

2